# Exhibit 11

Oct. 22, 2024
Emails with Miller
(Beautiful Minds of Tomorrow)



Jay Marshall Wolman <jmw@randazza.com>

## RE: Beautiful Minds of Tomorrow
1 message

**Miller, MaryBeth** <MaryBeth.Miller@ct.gov>   Tue, Oct 22, 2024 at 7:19 AM
To: Jay Marshall Wolman <jmw@randazza.com>
Cc: "Schwarzkopf, Amy" <Amy.Schwarzkopf@ct.gov>, Cassidy Curran <csc@randazza.com>

Jay,

As explained in other emails to you, OEC interprets the exclusion to apply to services akin to Sunday or Hebrew school.



**MARYBETH MILLER**
**Staff Attorney**
Office of Early Childhood
MaryBeth.Miller@ct.gov

**Confidential Information:** The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.

**From:** Jay Marshall Wolman <jmw@randazza.com>
**Sent:** Monday, October 21, 2024 6:39 PM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth

Those are interesting criteria.

What are the cut offs?

Sincerely

Jay Wolman

On Oct 21, 2024, at 6:28 PM, Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

Jay,

While religious education is a necessary component of this exclusion, the primary focus of the exclusion is whether the service is an "activity" as opposed to child care. In determining whether a service is an activity or child care, OEC considers the ages of the children services, the regularity or frequency of the services, the number of hours a child participates in the services, and whether the parent or legal guardian remains on-site during the services.

<image001.png>
**MARYBETH MILLER**
**Staff Attorney**
Office of Early Childhood
MaryBeth.Miller@ct.gov

**Confidential Information:** The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.

---

**From:** Jay M. Wolman <jmw@randazza.com>
**Sent:** Monday, October 21, 2024 6:23 PM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth

What was the basis for your assertion that it erred before?

The statute us silent is operating hours, so that can't have anything to do with your assessment.

My client only engages in religious educational activities, and it is, therefore exempt

Please advise what you think it does that isn't religious educational activity

Sincerely

Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel**\*

**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA 01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

On Mon, Oct 21, 2024 at 6:20 PM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Jay,
>
> OEC has conducted a reassessment of BMOT's program and believes it erred in its prior determination that BMOT is exempt from licensure. The expansion of the program further supports that BMOT requires a child care license. Please advise if BMOT will stop operating until such time as it obtains a license? If so, then OEC will not need to issue a Demand to Cease.
>
> <image001.png>
>
> **MARYBETH MILLER**
> **Staff Attorney**
> Office of Early Childhood
> MaryBeth.Miller@ct.gov
>
> Confidential Information: The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.
>
> **From:** Jay M. Wolman <jmw@randazza.com>
> **Sent:** Friday, October 11, 2024 10:56 AM
> **To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
> **Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Cassidy Curran <csc@randazza.com>
> **Subject:** Re: Beautiful Minds of Tomorrow
>
>> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.
>
> Marybeth
>
> The operating hours of BMOT are approximately 7:15-5pm. That said, as you are aware, the statute has no operating hours restriction and we reject the arbitrary, capricious, and ad hoc "Sunday School or Hebrew School" standard OEC has invented.

I do not know what you mean by a before school or after school program. Everything remains within the bounds of religious educational activities for which OEC has already acknowledged BMOT is exempt.

Thank you for your attention to this matter.

Sincerely,

jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---
* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Mon, Oct 7, 2024 at 5:56 PM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Jay,
>
> A Notice of Illegal is always issued at the outset of any investigation into illegal child care. As both I have made clear to you in my emails and the Notice states, OEC is investigating a report that BMOT's program has changed and may require licensure. Can you please provide the hours of operation and indicate whether BMOT is operating a before and afterschool program?
>
> <image001.png>    **MARYBETH MILLER**
>                   **Staff Attorney**
>                   Office of Early Childhood
>                   MaryBeth.Miller@ct.gov
>
> **Confidential Information:** The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.
>
> ---
>
> **From:** Jay M. Wolman <jmw@randazza.com>
> **Sent:** Monday, October 7, 2024 2:53 PM
> **To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
> **Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>
> **Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

MaryBeth,

If the agency is making a determination before its investigation is complete, that is evidence it is acting capriciously.

You seem to be inventing statutory requirements where there are none, discriminating against my clients because they don't line up with your preferred religious institutions.

Sincerely

Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA 01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---

* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

On Mon, Oct 7, 2024 at 2:41 PM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Jay,
>
> The Agency will not be rescinding its Notice. Are you able to provide me with the requested information so that the Agency can complete its investigation?
>
> <image001.png>   **MARYBETH MILLER**
> **Staff Attorney**
> Office of Early Childhood
> MaryBeth.Miller@ct.gov
>
> Confidential Information: The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.
>
> ---
>
> **From:** Jay M. Wolman <jmw@randazza.com>
> **Sent:** Saturday, October 5, 2024 8:09 PM
> **To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>

**Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>
**Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth,

My client denies the accusation of being non-cooperative.

You indicated that the only difference between the prior approval and the current status is a slight change in operating hours. The statute contains no operating hour restrictions for religious educational activities. OEC appears to be purposely misreading the statute and is acting in an arbitrary and capricious manner.

I must insist you revoke your notice.

Sincerely,

Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA 01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---

* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

On Fri, Oct 4, 2024 at 2:31 PM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Jay,
>
> Attached is a Notice of Illegal Operation related to OEC's current investigation. As the program has been non-cooperative, the OEC is providing this to you on behalf of your client.
>
> Respectfully,
>
> <image001.png>   **MARYBETH MILLER**
> **Staff Attorney**
> Office of Early Childhood
> MaryBeth.Miller@ct.gov

Confidential Information: The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.

---

**From:** Jay M. Wolman <jmw@randazza.com>
**Sent:** Tuesday, October 1, 2024 11:23 AM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth,

I will check with my client as to this. That said, even if accurate, I don't understand what operating hours of religious educational activities has to do with whether they are religious educational activities. The statute does not impose an operating hours restriction. Kindly advise as to the relevance.

Thank you for your attention to this matter.

Sincerely,

Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---

* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

On Tue, Oct 1, 2024 at 11:14 AM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Jay,
>
> The complaint alleges that BMOT's operating hours are now 6:30 a.m. – 5 p.m. and that BMOT is operating a before and afterschool program.

&lt;image001.png&gt;

**MARYBETH MILLER**
**Staff Attorney**
**Office of Early Childhood**
MaryBeth.Miller@ct.gov

Confidential Information: The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.

---

**From:** Jay Marshall Wolman <jmw@randazza.com>
**Sent:** Monday, September 30, 2024 12:08 PM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Subject:** Re: Beautiful Minds of Tomorrow

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth

I am out of the office today. Will have to get back to you as to this.

In the meantime, would you kindly share what you believe the new information to be so that I may address this?

Thank you

Sincerely

Jay Wolman

> On Sep 30, 2024, at 11:12 AM, Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:
>
> Jay,
>
> I am reaching out to you to determine whether you still represent Beautiful Minds of Tomorrow. Our agency has an open investigation into a report that BMOT's program has changed and may require licensure. Unfortunately, BMOT has been uncooperative with this investigation. I look forward to hearing from you.
>
> Thank you,
>
> &lt;image001.png&gt;
>
> **MARYBETH MILLER**
> **Staff Attorney**
> **Office of Early Childhood**
> MaryBeth.Miller@ct.gov

**Confidential Information:** The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.