# Exhibit 22

Oct. 1, 2024
Emails with Miller
(North Point Ministries)



Jay Marshall Wolman <jmw@randazza.com>

## RE: OEC determination of non-exempt status
1 message

**Miller, MaryBeth** <MaryBeth.Miller@ct.gov>                                    Tue, Oct 1, 2024 at 1:19 PM
To: Jay Marshall Wolman <jmw@randazza.com>
Cc: "Proietti, Elizabeth" <Elizabeth.Proietti@ct.gov>, Shawnee Scaniffe <fromseeds2sprouts@gmail.com>, "Schwarzkopf, Amy" <Amy.Schwarzkopf@ct.gov>, Cassidy Curran <csc@randazza.com>

Jay,


OEC has determined that the services being provided by North Point Ministries/Seeds to Sprouts are child care services, not activities. OEC's determination is based on information indicating that North Point Ministries/Seeds to Sprouts offers school year services to children ages 3 to 5 years old, Monday-Friday, from 8:20 a.m. to 5:30 p.m. and summer camp Monday-Friday, from 8:30 a.m. to 3 p.m. Accordingly, OEC has determined that North Point Ministries/Seeds to Sprouts requires a license. As explained in a separate email to you related to a different program, OEC interprets the exclusion to apply to services akin to Sunday or Hebrew school.




**MARYBETH MILLER**
**Staff Attorney**
Office of Early Childhood
MaryBeth.Miller@ct.gov


**Confidential Information:** The information contained in this e-mail and any attachments to this e-mail may be an attorney-client communication and may be confidential and protected from general disclosure. If you are not the intended recipient of this e-mail or the person responsible for receiving it on behalf of the intended recipient, you are requested not to disseminate or copy this e-mail and to delete it immediately. If you received this e-mail in error, please notify the sender immediately by replying to the message so that appropriate action may be taken.


---

**From:** Jay Marshall Wolman <jmw@randazza.com>
**Sent:** Monday, September 30, 2024 4:41 PM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Cc:** Proietti, Elizabeth <Elizabeth.Proietti@ct.gov>; Shawnee Scaniffe <fromseeds2sprouts@gmail.com>; Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: OEC determination of non-exempt status

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Marybeth

My client received the attached.

I believe it has been five months since we last corresponded about this matter

May I ask what is prompting this action?

Have you made a final agency determination that my client is not exempt as religious educational activities?

If so, how was that determination reached?

Additionally, my client would be interested in meeting the exemption, so please advise as to why OEC does not agree.

North Point Ministrues otherwise rejects the contention that it are running an illegal childcare operation because it's really just educational activities are exempt from licensure for reasons previously set forth. It would be impossible to cease and desist from doing that which it is not doing.

I am also concerned with hearing about the third instance in the same day as to a client of mine purportedly not being exempt. It seems like OEC is explicitly targeting my clients and retaliating against them for associating with me because I introduced myself as representative for another one at the end of last week.

Thank you for your attention to this matter.

Sincerely

Jay Wolman

On Apr 11, 2024, at 2:04 PM, Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

The purpose of the meeting was to discuss the basis for the Agency's determination, which would assist Ms. Scaniffe in assessing her ability to meet the exemption.

I don't see the need to file for reconsideration as I don't believe this matter qualifies as a contested case as defined in the UAPA.

At this point, the Agency will not issue a demand to cease operation or take any other steps until such time as your client has had an opportunity to discuss the matter with us and submit any additional documentation, if applicable.

<image002.jpg>

**MaryBeth Miller, Esq.**

Staff Attorney

**Connecticut Office of Early Childhood**
450 Columbus Blvd, Hartford CT 06103

860-500-4411

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information pursuant to Connecticut or federal law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Jay M. Wolman <jmw@randazza.com>
**Sent:** Thursday, April 11, 2024 1:56 PM
**To:** Miller, MaryBeth <MaryBeth.Miller@ct.gov>
**Cc:** Proietti, Elizabeth <Elizabeth.Proietti@ct.gov>; Shawnee Scaniffe <fromseeds2sprouts@gmail.com>; Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: OEC determination of non-exempt status

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

And Good Afternoon to you too, Attorney Miller,

My understanding was that the purpose of the meeting was in furtherance of your desire that North Point Ministries become licensed, not as to how they may meet the exemption. Of course, I'm more than happy to meet with you about meeting the exemption.

If you are unable to meet, can we agree to an extension of time for us to seek reconsideration? An additional two weeks?

Regards,

Jay Wolman

_____

**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

_____
\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Thu, Apr 11, 2024 at 1:48 PM Miller, MaryBeth <MaryBeth.Miller@ct.gov> wrote:

> Good afternoon Attorney Wolman,
>
> We had a planned meeting with Ms. Scaniffe in order to discuss OEC's determination. However, I am unable to attend the meeting so it will be rescheduled and I will reach out to you next week in order to discuss further.
>
> Respectfully,
>
> <image004.jpg>
>
> **MaryBeth Miller, Esq.**
>
> Staff Attorney
>
> **Connecticut Office of Early Childhood**
> 450 Columbus Blvd, Hartford CT 06103
>
> 860-500-4411
>
> This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information pursuant to Connecticut or federal law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Jay M. Wolman <jmw@randazza.com>
**Sent:** Thursday, April 11, 2024 12:00 PM
**To:** Proietti, Elizabeth <Elizabeth.Proietti@ct.gov>
**Cc:** Shawnee Scaniffe <fromseeds2sprouts@gmail.com>; Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Miller, MaryBeth <MaryBeth.Miller@ct.gov>; Cassidy Curran <csc@randazza.com>
**Subject:** Re: OEC determination of non-exempt status

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

All,

Please be advised that I have been retained to represent Ms. Scaniffe and North Point Ministries, which operates From Seeds 2 Sprouts.

It is our intent to file a timely petition for reconsideration of the agency's determination under CGS 4-181a, but I would like to give you an opportunity to modify your decision on an informal basis. Notably, the agency has not provided any explanation as to its determination that my clients are not exempt under CGS 19a-77(b)(8).

Moreover, I am concerned by the fact that the agency has a preferred outcome. Your communications to my clients indicate that your goal is for them to meet the licensure requirements. While I can appreciate that, I am concerned that you provide no guidance and instruction as to how you believe they should meet the (b)(8) exemption.

My clients are familiar with the operation of Beautiful Minds of Tomorrow, which you have adjudicated meets the exemption. They have attempted to ensure that their ministry operates in a similar fashion. Presumably, the agency is not engaged in arbitrary decision making. To that end, what is it about the operation of North Point Ministries that you believe precludes it from meeting the exemption?

Thank you for your attention to this matter.

Sincerely,

Jay Wolman

Counsel for Shawnee Scaniffe and North Point Ministries

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA 01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226

Tel: 702-420-2001 | Email: jmw@randazza.com

_____

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Thu, Apr 11, 2024 at 11:42 AM Proietti, Elizabeth <Elizabeth.Proietti@ct.gov> wrote:

Hello –

I am writing in reference to the meeting scheduled tomorrow between From Seeds 2 Sprouts and the CT Office of Early Childhood regarding our determination that your program is not exempt from licensure.  Due to unforeseen circumstances, along with your unwillingness to both sign the *Agreement Upon Notification of Non-Exempt Status* and permit the OEC to conduct a preliminary inspection, we are unable to meet as planned.  Our attorney will reach out next week to determine the next steps.

Thank you.

<image005.png>

---

**From:** Shawnee Scaniffe <fromseeds2sprouts@gmail.com>
**Sent:** Wednesday, April 10, 2024 3:32 PM
**To:** Proietti, Elizabeth <Elizabeth.Proietti@ct.gov>
**Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>; Jay Marshall Wolman <jmw@randazza.com>
**Subject:** Re: OEC determination of non-exempt status

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi,

I was in the process of retaining my lawyer. I am coordinating with him and will get back to you.

Shawnee

On Wed, Apr 10, 2024, 1:22 PM Proietti, Elizabeth <Elizabeth.Proietti@ct.gov> wrote:

Hello –

11/1/24, 1:56 PM
Case 3:24-cv-01783-VDO  Document 1-22  Filed 11/08/24  Page 8 of 9
Randazza Legal Group Mail - FW: OEC determination of non-exempt status

In follow up to my email from last week, I am writing to confirm receipt of such email.  Could you please return the *Agreement Upon Notification of Non-Exempt Status*, and let us know if you are available tomorrow or Friday for the preliminary inspection?  We will arrange for a Licensing Specialist to visit your program to conduct this assessment.

Thank you.  I look forward to hearing from you.

---

**From:** Proietti, Elizabeth
**Sent:** Friday, April 5, 2024 8:15 AM
**To:** Shawnee Scaniffe <fromseeds2sprouts@gmail.com>
**Cc:** Schwarzkopf, Amy <Amy.Schwarzkopf@ct.gov>
**Subject:** FW: OEC determination of non-exempt status

Hello –

In anticipation of the meeting you've requested with the OEC concerning our determination that your program does not meet the criteria for an exemption from licensure, I want to remind you of the terms set forth by the OEC concerning your continued operation.

While we are honoring your request for a meeting to discuss this determination, you are nevertheless required to sign and return to the Office the *Agreement Upon Notification of Non-Exempt Status* and permit the Office of Early Childhood to conduct a preliminary inspection of your child care program to confirm there are no immediate hazards or safety concerns related to the physical conditions of the facility.  This inspection must happen next week.  Without this agreement and your consent to inspect we will unfortunately not be able to permit your program to operate and will issue a *Demand to Cease* by next Friday, April 12, 2024.  Please understand that the agreement set forth is an attempt to permit your child care program to continue operating while you pursue licensure as we acknowledge it may be a hardship not only for you but also for the families you serve if you are required to immediately cease care.  I am also reminding you that along with the determination letter you received earlier this week was also a copy of the *Notice of Illegal* previously provided to you that outlines the terms set in statute that permit the agency to seek an injunction in Superior Court against illegal child care operations and impose a fine or civil penalty of up to $100 per day of unlicensed child care operation.

Again, we are willing to work with you to ensure the terms of the agreement are met and will help answer any questions you may have concerning obtaining a child care license.  You may visit the licensing section of the OEC website for a copy of the child care center regulations along with the child care center application and other important information for child care providers.

Thank you.

**From:** Proietti, Elizabeth
**Sent:** Monday, April 1, 2024 11:39 AM
**To:** fromseeds2sprouts@gmail.com
**Cc:** Lopez, Yasmin <Yasmin.Lopez@ct.gov>; Fournier, Laura <Laura.Fournier@ct.gov>
**Subject:** OEC determination of non-exempt status

Hello –

As you know, the CT Office of Early Childhood (OEC) recently conducted an investigation into your child care program which you've asserted does not need a license.  It is my understanding that you are claiming to provide, per CGS §19a-77(b)(8), *religious educational activities administered by a religious institution exclusively for children whose parents or legal guardians are members of such religious institution.*  Attached please find a letter outlining the determination made by the OEC, and the steps necessary for you to continue to provide childcare.

A representative from the OEC will contact you this week to schedule a preliminary inspection of your child care program.  Please send the attached Agreement Upon Notification of Non-Exempt Status to Amy Schwarzkopf at amy.schwarzkopf@ct.gov.

Thank you.