UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEAUTIFUL MINDS OF TOMORROW; MINISTRY; NORTH POINT ; MINISTRIES; and FAMILY TREE MINISTRIES INCORPORATED<br>  *Plaintiffs* | : : : : : : | CIVIL ACTION NO.  3:24-cv-01783 |
| v. | : : | |
| BETH BYE, in her official capacity as Commissioner of the Connecticut Office Of Early Childhood; LAURIE AUDETTE, IN HER OFFICAL AND PERSONAL CAPACITIES; and ELIZABETH PROIETTI, in her official and personal capacities,<br>  *Defendants* | : : : : : : : : : | NOVEMBER  27, 2024 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for (1) all three Defendants in their official capacities and (2) Defendants Audette and Proietti in their individual capacities.

Dated at Hartford, Connecticut, this 27th day of November 2024.

                          DEFENDANTS

                          WILLIAM TONG
                          ATTORNEY GENERAL

BY:    /s/ Darren P. Cunningham
          Darren P. Cunningham
          Assistant Attorney General
          Federal Bar No. ct25380
          165 Capitol Avenue
          Hartford, CT  06106
          Tel: (860) 808-5210
          Fax: (860) 808-5385
          darren.cunningham@ct.gov

2

## CERTIFICATION

I hereby certify that on 27th day of November 2024, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Darren P. Cunningham
 (#ct25380)
Assistant Attorney General
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385