## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEAUTIFUL MINDS OF TOMORROW; MINISTRY; NORTH POINT ; MINISTRIES; and FAMILY TREE MINISTRIES INCORPORATED<br>  *Plaintiffs*<br><br>    v.<br><br>BETH BYE, in her official capacity as Commissioner of the Connecticut Office Of Early Childhood; LAURIE AUDETTE, IN HER OFFICAL AND PERSONAL CAPACITIES; and ELIZABETH PROIETTI, in her official and personal capacities,<br>  *Defendants* | : CIVIL ACTION NO. 3:24-cv-01783<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 27, 2024 |

## **APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for (1) all three Defendants in their official capacities and (2) Defendants Audette and Proietti in their individual capacities.

This appearance is in addition to the appearance of AAG Darren Cunningham, already on file.

Dated at Hartford, Connecticut, this 27th day of November 2024.

                                              DEFENDANTS

                                              WILLIAM TONG
                                              ATTORNEY GENERAL

2

        BY:        <u>/s/ Alina Bricklin-Goldstein</u>
                      Alina Bricklin-Goldstein
                      Assistant Attorney General
                      Federal Bar No. ct31266
                      165 Capitol Avenue
                      Hartford, CT  06106
                      Tel: (860) 808-5210
                      Fax: (860) 808-5385
                      Alina.Bricklin-Goldstein@ct.gov

## CERTIFICATION

I hereby certify that on 27th day of November 2024, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Alina Bricklin-Goldstein
(#ct31266)
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Email: Alina.Bricklin-Goldstein@ct.gov