

**OFFICE OF THE ATTORNEY GENERAL**
**CONNECTICUT**

ELIZABETH BANNON
ASSISTANT ATTORNEY GENERAL

Phone: +1 860-808-5210

January 15, 2025

The Honorable Vernon D. Oliver
United States District Court Judge
United States District Court
450 Main Street
Hartford, CT 06104

    Re:    *Beautiful Minds of Tomorrow Ministry et al v. Bye et al*, 3:24-cv-01783

Dear Judge Oliver:

I am writing on behalf of Defendants, Beth Bye, Commissioner of the Office of Early Childhood ("OEC"), Laurie Audette, and Elizabeth Proietti, to request a prefiling conference for the purpose of filing a motion to dismiss. *See* Doc. 24.

Based on a thorough review of the claims alleged, Defendants believe that a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is necessary and appropriate in this matter. Defendants' deadline to file a response to Plaintiffs' Complaint is January 23, 2025, having been extended once.

Plaintiffs filed their six-count Complaint on November 8, 2024, and allege Defendants violated their rights pursuant to the federal and state Constitutions, as well as state law. Specifically, Plaintiffs allege that Defendants violated their rights under: (1) the First Amendment's Free Exercise Clause; (2) the First Amendment's Establishment Clause; (3) the Fourteenth Amendment's Equal Protection Clause; (4) the Fourteenth Amendment's Due Process Clause; (5) the Connecticut Constitution; and (6) the Connecticut Religious Freedom Act. Plaintiffs are suing Defendant Commissioner Bye in her official capacity and Defendants Audette and Proietti in their official and individual capacities.

Substantively, Plaintiffs allege that they are 501(c)(3) Christian ministries, and that they are wholly non-secular and provide religious educational activities exclusively to children whose parents or legal guardians are members of their respective ministries. (Compl., ¶¶ 20, 21, 40, 41, 56, 57) In 2023, OEC notified North Point, and in 2024, OEC notified Beautiful Minds of Tomorrow and Family Tree Ministry, that it was investigating reports that Plaintiffs were operating illegal child day care facilities, and that operating an unlicensed family day care home, group day care home, or child day care center is prohibited by state law. (Compl., ¶¶ 14, 28, 42, 57; Exs. 7, 15, 26) Subsequently, OEC issued to each Plaintiff a demand to cease unlicensed child care operation. (Compl., ¶¶ 34, 47, 75; Exs. 7, 12, 15, 21,

Judge Oliver
January 15, 2025
P a g e | **2**

26, 40) Plaintiffs allege that the services they provide are "exempt" from licensure pursuant to Conn. Gen. Stat. § 19a-77(b)(8). (Compl., ¶ 14) Plaintiffs allege that Defendants, in denying them "exemption" from licensure pursuant to § 19a-77(b)(8), have violated their federal and state Constitutional rights, as well as rights pursuant to Connecticut statute, because OEC has informed each that it needs to be licensed to continue to operate. In their prayer for relief, Plaintiffs seek a declaration that they qualify for a license "exemption" for religious educational activities pursuant to Conn. Gen. Stat. § 19a-77(b)(8) and a preliminary and permanent injunction "enjoining Defendants to cease refusing to recognize Plaintiffs as exempt under § 19a-77(b)(8)." (Compl., p. 21) Plaintiffs seek damages against Defendants Audette and Proietti.

The issues Defendants intend to address in their motion to dismiss are:

1. All six counts of Plaintiffs' Complaint are barred by the Eleventh Amendment's sovereign immunity.

2. With respect to Plaintiffs' prayer for relief:

    a. The Eleventh Amendment bars Plaintiffs' prayer for relief inasmuch as it seeks declaratory relief against Defendants in their official capacities;

    b. The Eleventh Amendment bars any claim for money damages against Defendants Audette and Proietti in their official capacities;

    c. To the extent Plaintiffs seek declaratory or injunctive relief from Defendants Audette and Proietti in their individual capacities, those claims are barred; and

    d. Qualified Immunity bars any claims for money damages against Defendants Audette and Proietti in their individual capacities.

3. With respect to Counts 1 through 4, Plaintiffs have failed to state a claim upon which relief may be granted:

    a. Plaintiffs have failed to allege facts which would demonstrate that Defendants were doing anything but seeking to enforce a law that is neutral and of general applicability and that only incidentally affects their religious practice;

    b. Their Establishment claim fails because they fail to allege that OEC's conduct did not have a secular purpose, advanced or inhibited religion as its primary effect, and fostered excessive government entanglement with religions;

    c. Their Equal Protection claim fails to allege facts demonstrating that they were treated differently than those similarly situated based on their religions; and

    d. They have failed to assert a plausible Procedural Due Process claim where the facts alleged do not demonstrate the existence of a protected liberty or property interest of which they were deprived without due process.

Judge Oliver
January 15, 2025
P a g e | **3**

    4.   Plaintiffs' claims arising under State law and the Connecticut Constitution (Counts 5 and 6) are barred by the *Pennhurst* Doctrine.

On January 15, 2025, Defendants' counsel informed Attorney Wolman of their intention to file a motion to dismiss the Complaint. Parties have consented to the following proposed briefing schedule: Defendants shall file their motion within fifteen (15) days of the prefiling conference; Plaintiffs shall file their objection to the motion within sixty (60) days of the filing of the motion; and Defendants shall file their reply within thirty (30) days of the filing of Plaintiffs' objection.

                            Very truly yours,

                            DEFENDANTS,
                            BETH BYE, LAURIE AUDETTE AND
                            ELIZABETH PROIETTI

                            WILLIAM TONG
                            ATTORNEY GENERAL

                    BY: */s/ Elizabeth H. Bannon*
                            Darren P. Cunningham (Federal Bar No. ct25380)
                            Elizabeth H. Bannon (Federal Bar No. ct31152)
                            Alina Bricklin-Goldstein (Federal Bar No. ct31266)
                            Assistant Attorneys General
                            165 Capitol Avenue
                            Hartford, CT 06106
                            Tel: (860) 808-5210
                            Fax: (860) 808-5385
                            darren.cunningham@ct.gov
                            elizabeth.bannon@ct.gov
                            alina.bricklin-goldstein@ct.gov

Judge Oliver
January 15, 2025
P a g e | **4**

## **CERTIFICATION**

I hereby certify that on January 15, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Darren P. Cunningham*
Assistant Attorney General