UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEAUTIFUL MINDS OF TOMORROW MINISTRY; NORTH POINT MINISTRIES; and FAMILY TREE MINISTRIES INCORPORATED,<br>*Plaintiffs* | : CIVIL ACTION NO. 3:24-cv-01783-VDO<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>: |
| BETH BYE, in her official capacity as Commissioner of the Connecticut Office Of Early Childhood; LAURIE AUDETTE, In her official and personal capacities; and ELIZABETH PROIETTI, in her official and personal capacities,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 3, 2025 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants, Beth Bye, Commissioner of the Office of Early Childhood, Laurie Audette, and Elizabeth Proietti, hereby move to dismiss Plaintiffs' Complaint (ECF 1) in its entirety.

As set forth in the attached memorandum of law, Plaintiffs' claims against Defendants in their official capacities are barred by the Eleventh Amendment Accordingly, those claims must be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. Moreover, Plaintiffs' claims against Defendants in their individual capacities are barred by qualified immunity and all six counts of the Complaint must be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

                              DEFENDANTS,
                              COMMISSIONER BETH BYE, LAURIE
                              AUDETTE and ELIZABETH PROIETTI
                              WILLIAM TONG
                              ATTORNEY GENERAL

BY:    */s/ Darren P. Cunningham*
         Darren P. Cunningham (Fed. Bar #ct25380)
         Elizabeth H. Bannon (Fed. Bar #ct31152)
         Alina Bricklin-Goldstein (Fed. Bar #ct31266)
         Assistant Attorneys General
         165 Capitol Avenue
         Hartford, CT 06106
         Tel: (860) 808-5210
         Fax: (860) 808-5385
         darren.cunningham@ct.gov
         elizabeth.bannon@ct.gov
         alina.bricklin-goldstein@ct.gov

## **CERTIFICATION**

I hereby certify that on March 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Darren P. Cunningham*
                                                      Assistant Attorney General